UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
06-CR-148(06)(JMR/RLE)

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| Seth Tylibe Nururdin ) | |

Defendant objects to the Report and Recommendation issued August 24, 2006 [Docket No. 154], by the Honorable Raymond L. Erickson, United States Magistrate Judge. The Report recommended denying defendant's motions to suppress evidence obtained from search and seizure, and to suppress eyewitness identification. Defendant's objections to the Report were timely filed, pursuant to Local Rule 72.1(c)(2).

Based upon a de novo review of the record herein, the Court adopts the Magistrate's Report and Recommendation.

Accordingly, IT IS ORDERED that:

1. Defendant's Motion to Suppress Evidence Obtained from Search and Seizure [Docket No. 77] is denied.

2. Defendant's Motion to Suppress Eyewitness Identification [No. 79] is denied.

Dated:  November 2nd, 2006

s/ James M. Rosenbaum
JAMES M. ROSENBAUM
United States Chief District Judge